STATE OF NEBRASKA, APPELLEE, V. MARJORIE M. BAILEY,
APPELLANT.
430 N.W.2d 547

Filed October 21, 1988.    No. 88-063.

Douglas D. DeLair for appellant.

Robert M. Spire, Attorney General, and James H. Spears
for appellee.

HASTINGS, C.J., CAPORALE, and GRANT, JJ., and MORAN and
BROWER, D. JJ.

PER CURIAM.

The defendant appeals from a sentence to imprisonment
imposed after a finding of guilty on her pleas of no contest to
two counts of second degree forgery. Four errors are assigned:
(1) failure to inform the defendant of the nature of the charges,
(2) failure to inform the defendant of the range of penalties that
could be imposed, (3) failure to establish a factual basis for her
pleas, and (4) imposition of the maximum term of
imprisonment on each count and ordering that the sentences be
served consecutively.

We have reviewed the entire record and find that entry of
defendant's pleas of no contest complied with the requirements
of *State v. Irish*, 223 Neb. 814, 394 N.W.2d 879 (1986).
Furthermore, we find no abuse of discretion on the part of the
trial court in imposing the maximum term of imprisonment on
each count and ordering the sentences to be served
consecutively.

AFFIRMED.